UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JEFFREY J. BERNHARDT

        Plaintiff,

vs.

COUNTY OF ERIE,
DEPUTY JOHN DUNN, DEPUTY PAUL REED,
DEPUTY KENNETH P. ACHTYL,

        Defendants.

| SUGGESTION OF DEATH |
| --- |
| Case No.  1:19-cv-01334-LJV-HKS |

_____

     **PLEASE TAKE NOTICE** pursuant to Fed. R. Civ. P. 25(a)(1), that plaintiff JEFFREY J. BERNHARDT is believed to be deceased as of May 26, 2023.

Dated:  Buffalo, New York
       May 31, 2024

                                      Yours, etc.,
                                      JEREMY C. TOTH, Erie County
                                      Attorney and Attorney for Defendants,

                                      /s/  Eric W. Marriott
                                      By:  Eric W. Marriott, Esq.
                                      95 Franklin Street, Room 1634
                                      Buffalo, New York 14202
                                      Tel:  (716) 858-2208
                                      Email:  Eric.Marriott@erie.gov

    To:   Michael T. Coutu, Esq.
             Attorneys for Plaintiff
             800 Cathedral Park Tower
             37 Franklin Street
             Buffalo, New York 14202
             Tel: (716) 854-2100
             Email: ejanicz@lewislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024 I electronically filed with the clerk of the District Court using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing to the following CM/ECF participants at the following (email) addresses:

Michael T. Coutu, Esq.
Attorneys for Plaintiff
800 Cathedral Park Tower
37 Franklin Street
Buffalo, New York 14202
Tel: (716) 854-2100
Email: mcoutu@lewislaw.com

Dated:  Buffalo, New York
        May 31, 2024

> Yours, etc.,
> **JEREMY C. TOTH, ESQ.**
> Erie County Attorney
> Attorney for Defendants,
>
> By: /s/ Eric W. Marriott
> ERIC W. MARRIOTT, ESQ.
> Assistant Erie County Attorney
> Erie County Department of Law
> 95 Franklin Street, Room 1634
> Buffalo, New York 14202
> Tel: (716) 858-2208
> Email: Eric.Marriott@erie.gov